ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184476
Special Assistant United States Attorney

> Social Security Administration
> 333 Market St., Suite 1500
> San Francisco, CA 94105
> Telephone: (415) 977-8962
> Facsimile: (415) 744-0134
> Email: Dennis.Hanna@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSEPH C. McAFEE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. EDCV 10-01046 AJW<br><br>**JUDGMENT** |

The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.

DATED: June 7, 2011

_____
HON. ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE